UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2011 MAR 22 P 2: 11

JON W. SANFILIPPO
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NEDELJKA SKILJEVIC and<br>CVIJAN SKILJEVIC,<br><br>Defendants. | Case No. **11-CR-72**<br><br>T. 18 U.S.C. § 1425(a) |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about December 6, 2007, in Milwaukee, Wisconsin, and elsewhere,

**NEDELJKA SKILJEVIC**

did knowingly procure, contrary to law, her naturalization.

2. In procuring her naturalization, the defendant falsely swore in her Form N-400 (Application for Naturalization) that she had never lied to any United States government official to gain entry into the United States, and never gave false or misleading information while applying for any immigration benefit, or to prevent deportation, exclusion, or removal.

3. As the defendant well knew, she made material false statements under oath in her Refugee Application (Form I-590), and in her Lawful Permanent Resident Application (Form I-485). Specifically, the defendant lied about her service in the Army of the Republika Srepska (VRS) and she lied about where she was living during the years when she was serving in the VRS.

All in violation of Title 18, United States Code, Section 1425(a).

## COUNT TWO

### THE GRAND JURY CHARGES THAT:

1.      On or about March 16, 2010, in Milwaukee, Wisconsin, and elsewhere,

### CVIJAN SKILJEVIC

did knowingly procure, contrary to law, his naturalization.

2.      In procuring his naturalization, the defendant falsely swore in his Form N-400 (Application for Naturalization) that he had never lied to any United States government official to gain entry into the United States, and never gave false or misleading information while applying for any immigration benefit, or to prevent deportation, exclusion, or removal.

3.      As the defendant well knew, he made material false statements under oath in his Refugee Application (Form I-590), and in his Lawful Permanent Resident Application (Form I-485). Specifically, the defendant lied about his service in the Army of the Republika Srepska (VRS) and he lied about where he was living during the years when he was serving in the VRS.

All in violation of Title 18, United States Code, Section 1425(a).

JAMES L. SANTELLE
United States Attorney

A TRUE BILL:

FOREPERSON
Date: 3/22/11