UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff,

v.                                             Case No. 11-CR-72

CVIJAN SKILJEVIK and
NEDELJKA SKILJEVIK,

Defendants.

---

**ADDENDUM TO DEFERRED PROSECUTION AGREEMENT**

---

The parties, by and through their attorneys, amend the Deferred Prosecution Agreement as follows:

1.      The parties agree to extend the time periods set forth in the deferred prosecution agreement for an additional 60 days in order to facilitate settlement of civil immigration matters. The parties have reasonable grounds to believe that this will be the last extension necessary to accomplish the civil resolution.

2.      The parties agree that the Court may enter an order extending the Speedy Trial Period for an additional 60 days under 18 U.S.C. Section 3161(h)(2).

Dated at Milwaukee, Wisconsin this 5th day of May, 2016.

GREGORY J. HAANSTAD
United States Attorney

By:     /s/ KELLY B. WATZKA
        Deputy Criminal Chief
        Wisconsin Bar Number: 01023186
        Attorney for Plaintiff
        Office of the United States Attorney
        Eastern District of Wisconsin

517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin 53202
Telephone: (414) 297-1801
Fax: (414) 297-1738
E-Mail: kelly.watzka@usdoj.gov


CVIJAN SKILJEVIC

By:  /s/ SARA ELIZABETH DILL
Attorney for Cvijan Skiljevic
Sara Elizabeth Dill, Esq.
Florida Bar Number: 0027691
Illinois Bar Number: 6288813
LAW OFFICES OF SARA ELIZABETH DILL
1200 Brickell Avenue
Suite 1950
Miami, Florida 33131
Telephone: (305) 577-9466
Email: SDill@sed-law.com

NEDELJKA SKILJEVIC

By:  /s/ William U. Burke
William U. Burke, Bar #1012263
Law Offices of William U (Chip) Burke, SC
1223 N. Prospect Avenue
Milwaukee, WI 53202
Phone: (414) 221-1717
Email: chip@burkeslawsc.com